5 So.2d 851
## Earl MINOR v. STATE.
### 5 Div. 154.

Court of Appeals of Alabama.
Nov. 25, 1941.

J. B. Atkinson, of Clanton, for appellant.
Thos. S. Lawson, Atty. Gen., for the State.

SIMPSON, Judge.
Affirmed.

4 So.2d 924
## Alvie MITCHELL v. STATE.
### 8 Div. 202.

Court of Appeals of Alabama.
Oct. 28, 1941.

Thos. S. Lawson, Atty. Gen., and Noble J. Russell, Asst. Atty. Gen., for the State.

RICE, Judge.
Affirmed.

6 So.2d 905
## Ross MITCHELL v. CITY OF ANNISTON.
### 7 Div. 653.

Court of Appeals of Alabama.
Feb. 17, 1942.

SIMPSON, Judge.
Affirmed.

5 So.2d 853
## Ricardo MONTIEL v. STATE.
### I Div. 400.

Court of Appeals of Alabama.
Jan. 13, 1942.

Thos. S. Lawson, Atty. Gen., for the State.

BRICKEN, Presiding Judge.
Appeal dismissed, motion of appellant.

1 So.2d 925
## Ralph MORGAN v. STATE.
### 8 Div. 129.

Court of Appeals of Alabama.
March 25, 1941.

Rehearing Stricken April 8, 1941.

Ralph Morgan, pro se.
Thos. S. Lawson, Atty. Gen., for the State.

BRICKEN, Presiding Judge.
Affirmed.

11 So.2d 172
## Eugene MOORE v. CITY OF TUSCALOOSA.
### 6 Div. 919.

Court of Appeals of Alabama.
Dec. 15, 1942.

RICE, Judge.
Appeal dismissed.